```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE REYES-FIGUEROA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0230 LJO |
|     *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE; AND  ORDER THEREON |
| v. | Date:  December 7, 2007 |
| JOSE REYES-FIGUEROA, | Time: 9:00 a.m. |
|     *Defendant.* | Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference hearing in the above captioned matter, set for November 9, 2007, may be continued to **December 7, 2007 at 9:00 a.m.**

The reason for the continuance is that the parties are awaiting the probation report and the Government needs time to review the report before making an offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

///

///

///

///

///

1  3161(h)(8)(B)(i) and (iv).

|  |  |
|---|---|
|  | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: November 5, 2007 | By  /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: November 5, 2007 | By  /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant |

**ORDER**

**There is good cause to continue the hearing, and good cause to exclude time.**

IT IS SO ORDERED.

**Dated:   November 5, 2007**             /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference          2